AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Heyward Hutto, <br> *Plaintiff* <br> v. <br> The Boeing Company, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:23-cv-00959-BHH <br> ) <br> ) <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: The Court grants Defendant's motion to dismiss (ECF No. 4) and hereby dismisses this action with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ Decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.


Date: January 16, 2024
Charleston, South Carolina

*ROBIN L. BLUME, CLERK OF COURT*

s/D. Gray
*Signature of Clerk or Deputy Clerk*